**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| **CJL, a minor child, by and through his natural mother and next friend, MELISSA SCALES, et al.,** ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| vs. ) ) | Case No. 07-0509-CV-W-GAF |
| **ANDREA WALKER, d/b/a LOVE AND LOGIC DAY CARE, et al.,** ) ) ) | |
| **Defendants.** ) | |

## ORDER

NOW ON THIS 9th day of July, 2010, this cause comes for a hearing on Plaintiffs' damages before the Honorable Judge Gary A. Fenner. Plaintiffs appear by and through their counsel of record, Peggy A. Wilson. Defendant appears naught.

After a thorough review of the Court's file, having heard and considered of all evidence and being well and fully advised in the premises, it is

ORDERED that damages in the amount of $1,100,000 be awarded to Plaintiffs against Defendant Andrea Walker d/b/a Love and Logic Day Care to be apportioned in the following amounts: $500,000 awarded to Plaintiff CJL; $500,000 awarded to Plaintiff CJL and $100,000 awarded to Melissa Scales. Costs assessed against Defendant.

                                                            s/ Gary A. Fenner
                                                            Gary A. Fenner, Judge
                                                            United States District Court

DATED: July 19, 2010